## Sinchak, Appellant, *v.* Mowry.

Argued November 10, 1971. *Charles Skomski,* for appellant; *Carl E. Fisher,* with him *B. Earnest Long,* and *Robinson, Fisher & Long,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Slagter *v.* Mix (et al., Appellant).

Argued November 10, 1971. *A. L. Gambatese,* for appellant; *Norman H. Stark,* with him *MacDonald, Illig, Jones & Britton,* for appellees.

Order affirmed.

SPAULDING, J., absent.